# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MANJINDER S. TIWANNA, DECEASED BY BALWINDER KAUR, DEPENDENT,

        Petitioner

        v.

RACE, INC., KAOLIN MUSHROOM FARMS, INC., UNINSURED EMPLOYERS GUARANTY FUND, AND USA FREIGHT, INC. (WORKERS' COMPENSATION APPEAL BOARD),

        Respondents

: No. 1 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

---

MANJINDER S. TIWANNA, DECEASED, BY BALWINDER KAUR, DEPENDENT,

        Petitioner

        v.

JATT FRIENDS, INC., KAOLIN MUSHROOM FARMS, INC., UNINSURED EMPLOYERS GUARANTY FUND, AND USA FREIGHT, INC. (WORKERS' COMPENSATION APPEAL BOARD),

        Respondents

: No. 2 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.